

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36652-H3-7 |
| | § | |
| Hoot Owl, Inc., | § | (Chapter 7) |
| | § | |
| Debtor | § | |

### ORDER

**CAME ON FOR CONSIDERATION**, the Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(b), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of same Motion is not required, therefore it is

**ORDERED**, that David Askanase, Trustee, is authorized to pay the funds in the amount of $1,537.07, which is more particularly described in **Exhibit "A"** attached hereto, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court.

SIGNED this the 25th day of July, 2014.

_____
DEPUTY CLERK OF THE COURT

APPROVED:
/s/ David Askanase
David Askanase, Trustee
SBN 01390000
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
daskanase@hwa.com

2873331v1:HOOT:0001

EXHIBIT "A"

PLEASE CHECK ONE:

_____    Small Dividends

__X__     Unclaimed Funds

| Name and Address | Claim Basis | Amount |
|---|---|---|
| Lofton Staffing Service<br>P. O. Box 54745<br>New Orleans, Louisiana 70154-4745 | 1 | $ 1,171.01 |
| GAP Broadcasting, LLC<br>P. O. Box 202228, Dept. 23804<br>Dallas, Texas 75320-2238 | 5 | 50.09 |
| OK Paper<br>P. O. Box 1049<br>Dallas, Texas 75201 | 6 | 92.94 |
| Multnomah, LLC<br>P. O. Box 40832<br>Houston, Texas 77240-0832 | 7 | 223.03 |
| | TOTAL | $ 1,537.07 |

2873331v1:HOOT:0001